**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

UNITED STATES OF AMERICA                CRIMINAL ACTION NO. 14-00145-07

VERSUS                                  JUDGE S. MAURICE HICKS, JR.

QUWANDA LAKESHA FOREST                  MAGISTRATE JUDGE HORNSBY

**MEMORANDUM ORDER**

Before the Court is Defendant Quwanda Lakesha Forest's ("Forest") *pro se* Motion seeking relief under Johnson v. United States, 135 S.Ct. 2551 (2015). See Record Document 237.

In her motion, Forest sought a reduction of her sentence based on Johnson, arguing that certain enhancements applied at sentencing were no longer valid. See id. The record reflects that administrative and procedural orders were entered following the filing of the motion, counsel was appointed, and counsel subsequently withdrew. See Record Document 238, 239, 248, & 249. No further substantive filings were made.

Forest was sentenced in 2015 to a term of 47 months' imprisonment followed by a 3-year period of supervised release. See Record Document 176. The record reflects that Forest has completed her term of imprisonment and has since been discharged from supervision, and the proceedings in this case have been terminated. See Record Document 318. Because Forest has fully served her sentence, the Court cannot grant any meaningful relief under 28 U.S.C. § 2255.

Accordingly,

**IT IS ORDERED** that Forest's Motion (Record Document 237) be **TERMINATED AS MOOT**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 23rd day of April, 2026.

_____

JUDGE S. MAURICE HICKS, JR.
UNITED STATES DISTRICT COURT
